UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 29 2012
THOMAS G BRUTON
CLERK, U S. DISTRICT COURT

Darryl Conway

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

12CV4155
JUDGE DARRAH
MAGISTRATE MASON

vs.

State of Illinois
WGN News
Channel 7 News
Tribune Media

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

Mar 9, 2012    0:26 PM

I. **Plaintiff(s):**

    A. Name: Conway

    B. List all aliases: Pph Illah

    C. Prisoner identification number: M01100

    D. Place of present confinement: Menard Correctional

    E. Address: P.O Box 100

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: WGN/Tribune Media

    Title: ___

    Place of Employment: ___

    B. Defendant: State of Illinois

    Title: ___

    Place of Employment: ___

    C. Defendant: Channel 7 News

    Title: ___

    Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Mar 9, 2012    0:26 PM

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Conway v Atchison 312cv 00271JPG

B. Approximate date of filing lawsuit: March 26th 2012

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: n/a

D. List all defendants: Warden Atchison, Officer Cowell, Sgt Dunn, Placement Office, State of Illinois

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US District Southern Dist. Randolph County

F. Name of judge to whom case was assigned: n/a

G. Basic claim made: defamation of character

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On December 15th 2004 Petitioner was arrested in regards to a murder. Petitioner was interrogated and charged. The result was defamation of character that has been reflected throughout Petitioner's incarceration in that without proof or unbiased process of law petitioner was found guilty simply because it was believed Petitioner was guilty. The State of Illinois in it's prosecution, WGN/Tribune Media, Channel 7 news defamed my character, by accusing me of a crime and used my name, likeness & image without considering the truth or falsity in the matter. Libel ensued in that it was written and published that I committed a crime that exposed me to scorn, ridicule, contempt in that I was never able to recieve proper legal counsel when the evidence to convict was insufficient. No legal argument on appeal or trial was given to give me a fair & impartial trial or appeal. Petitioner informed the courts as to who I was after the fact true but no one listened. Petitioner informed the court that my name to those who know me or my alias is Rah Illah. I was signed or due to sign to Cash Money Records & Def Jam Records and I was no where near the murder scene when it occured but ended up at the scene by circumstance. If this court takes time to listen, it may understand that the publication of this incident in newspapers, on the news was prejudical and has had a negative effect on not only my criminal court proceedings but in my business ventures as well. You'd hear my name on songs by my friends like ① Torn by LeToya Luckett (Rah Ill & Rah Illah in background) ② Umbrella by Rihanna (in chorus) (Umbrella Illah Illah eh eh eh under my Umbr Illah ella ella) ③ Arab Money by Busta Rhymes (o la la la la la la o Rah Illah, la la la la (in chorus)) ④ Your Love by Nicki Minaj (you da Illest in chorus & convict like Akon in verse 2) ⑤ Moment 4 Life by Nicki Minaj (Illah in chorus) ⑥ Show Me A Good Time by Drake (Ima gone head and spend 10 stacks for Illah in verse 2) ⑥ Right by My Side by Nicki Minaj ⑦ Right Thru Me by Nicki Minaj

Revised 9/2007

Mar 9, 2012  0:26 PM

8) In the March 2011 Hip Hop Weekly Magazine with Jay Z & Beyoncé Seperated on the cover, in the article with Nicki Minaj & Lil Kim, on Nicki & Kodi's t-shirts you see ILLAH to name a few instances. Since my incarceration I have been targeted by inmates in violent fashions and have had to fight for my life on numerous occasions which have not always been recorded. Because this case was broadcast and printed. With utter disregard for truth or falsity in the matter. Attached are documents to show the physical & emotional problems I've not just with inmates, but with officers as well.

I tried to protect the careers of my friends and loved ones so I didn't tell on certain individuals. I never was treated as a victim but as a suspect.

V.   **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Halt all publication of any incident regarding this case of People v Conway in previous newspapers, to remove this case from any internet sites, adhere to the suppression clause of the Freedom of Information act as stated in 725 ILCS 5/103-2.1 (had to clarify) Halt publication of this case as statutes & caselaw based on the defamatory, prejudical manner in which it is printed because it assumes guilt without substantial evidence & prejudicial criminal proceedings. Petitioner seeks monetary compensation totaling $3,750,000 (combined from all parties) for physical, mental & emotional suffering and relief in any court proceedings henceforth that warrant relief based on constitutional & statutory violations.

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22 day of May, 2012

_____
(Signature of plaintiff or plaintiffs)

Conway Darryl
(Print name)

M01100
(I.D. Number)

P O Box 1000
Menard, Illinois
62259
(Address)

6

Revised 9/2007

Mar 9, 2012   0:26 PM

III A. Name of Case: Conway v Rednour 3:11 CV 000506

B. Approximate date of filing suit: June 18th 2011

C. List all plaintiffs: n/a

D. List all defendants: Warden Rednour, Dietary, Dr Craig

E. Court in which lawsuit was filed: US District Court Southern District

F. Name of Judge: n/a

G. Basic claim made: violation of the 1st amendment right to free practice of religion & cruel & unusual punishment

H. Disposition of Case: Pending

I. Date of disposition: Pending


A. Name of Case: Conway v Cowell 3:12 cv 00311

B. Date of filing: June 25th 2012

C. Plaintiffs: n/a

D. Defendants: Officer Cowell, Placement, Sgt Dunn

E. Court in which filed: US District Court Southern District

F. Name of Judge: Judge Reagan

G. Claim made: same as in cv 00271 JPG

H. Disposition: Dismissed with prejudice because I filed the same suit twice because it had to go to the library to be e-filed and I wasn't sure it got filed, so they dropped 1 case and allowed me to proceed on one case

I. Date of Disposition: 4/20/2012

3a

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Exhibit A

| | | |
|---|---|---|
| Date: June 13th, 2011 | Offender: (Please Print) Conway D | ID#: M01100 |
| Present Facility: Menard | Facility where grievance issue occurred: Menard | |

**NATURE OF GRIEVANCE:**

- [X] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Reason for this grievance is even though I know this will either get lost or come back with a bullshit ass response I'm filing it to say I did because the staff @ west house broke my fan & my t.v. I never reported it was broke until I came to seg and it was reported to the sergeant in west house by another officer who witnessed it dropped. The sergeant didn't write it down & I can't prove it so whatever.

**Relief Requested:** How do I get the tv yall broke fixed because I want my tv fixed ASAP!

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: _____ ID# M01100 Date 6/13/2011

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 6/13/2011
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Unable to verify offender's allegations.

Print Counselor's Name: _____ Counselor's Signature: _____ Date of Response: 6/20/11

---

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: _____ Date: ___/___/___

Distribution: Master File; Offender | Page 1 | DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

Apr 19, 2012 1:20 PM

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

this is a testament on how staff in Menard feel they can do what to whoever because the grievance officer is married to the Lieutenant so how can I expect help from Mrs Cowan? Ever since the day I told yall my rap name is Rah Illah and yall hear my name in songs like ~~[redacted]~~ I ain't ~~[redacted]~~

2) Torn by Letoya Luckett (Rah Illah & Rah Ill in background)
3) Umbrella by Rihanna (Umbrella Illah Illah eh eh eh under my Umbr Illah ella ella eh eh eh)
4) Arab Money by Busta Rhymes (ololululalilala Rah Illah ilulululalo)
5) Bad Romance by Lady Gaga (Ra-a-a-a-ah ramamamamm Gaga ooh la llah in chorus & watch out for Rah Illah in verse 2)
6) Your Love by Nicki Minaj (you is Illest in chorus & whole song)
7) Super Bass by Nicki Minaj
8) Show Me A Good Time by Drake (AKA Aubrey Graham not co Drake) (I'ma gon head and spend 10 stacks for Illah) to name a few

ever since then yall playing with my Kosher trays. my t.v got broke as well as my fan and I didn't even have that fan for 30 days or my t.v for a year. Check my seg paperwork cuz my tv wasn't broke before I came to seg. Brand new because I came to seg in November 2010 right after I bought it. If yall think I'ma play the pencil pushing game forever yall sadly mistaken. yall violated my personal shit. yall do shit because yall know its hard for inmates to prove yall do shit and..... every dog has his day. Nepotism gets punished so see how many families I can break up in this mufucka!

So in other words maybe some officer who has no life outside Menard threatened a worker to drop my t.v or get fired or some hating mufucks who mad my girls, my baby mommas, my exes, my

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 12/5/2011
Offender: Conway D (Please Print)
ID#: M01100

Present Facility: Menard
Facility where grievance issue occurred: Menard

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
   Date of Report         Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Reason for this grievance is on 12/5/2011 I went on a dental call pass. While I was on my call pass, I ended up missing lunch. I asked the 5 gallery officer Chandler if I was going to get a tray in which he said I would, which never occurred. I'm not sure if he's under the impression that since 5 gallery eats within a 3 hour time difference between lunch & dinner, that him denying me a tray when Menard is required to feed all inmates 3 times a day regardless of dietary restrictions based on inmates throwing food or on suicide watch (one-)

**Relief Requested:** Considering the matter has passed, some form of sensitivity training on behalf of Officer Chandler & officers of his sort.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Conway   M01100   12/5/2011
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 12/7/11
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: I spoke with staff. To their knowledge everyone was fed.

B Mill   Bill Mill   12/15/11
Print Counselor's Name   Counselor's Signature   Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1   DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

Apr 19, 2012 1:21 PM

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER's GRIEVANCE** (Continued)

all inmates are to be fed 3 times a day. Due to the closeness in time between meals, it also means that I have to go 14 hours until my next meal. It also means instead of eating 3 meals I only had 2 which factored in with 14 hours of being hungry, shows that Officer Chandler is irresponsible & inconsiderate of others & probably is an unfit father. Which may be true if he doesn't even have kids. Which also would reflect on his relationship status which is probably nonexistent. Because he tries to rationalize shit that ends up being irrational in nature. His actions say "Well you goin to chow anyway in a couple hours" but neglects last time I ate was 4am. Next time I'll eat is 4am. The human body processes food on a scheduled ate. Once this system is disrupted, instead of the body feeding of nutrients found within the stomach, it feeds on the stored fat & muscle tissue found in the body, which is a cause of muscle atrophy.

**DEPARTAMENTO DE CORRECCIONES DE ILLINOIS**
**QUEJA DEL DELINCUENTE**

Fecha: 11/8/2011
Delincuente: (Sirvase imprimir) Conway
ID#: 401100

Instalacion actual: Menard
Instalaciones donde reclamo ocurria: Menard

**NATURALEZA DE LA QUEJA:**

- [ ] Bienes personales
- [x] Manejo de correo
- [ ] La restauracion de tiempo bueno
- [ ] Discapacidad
- [ ] Conducta personal
- [ ] Dieteticos
- [ ] Tratamiento medico
- [ ] HIPAA
- [ ] Denegacion de transferencia por servicio
- [ ] Denegacion de transferencia por el Coordinador de transferencia
- [x] Otro (especifique): tv repair
- [ ] Informe disciplinario: __/__/__ Fecha de informe _____ Instalaciones donde emitio

Nota: las negaciones de custodia preventive pueden ser lloraron inmediatamente a traves de la administracion local en la notificacion de estado de custodia protectora.

Completo: Adjuntar una copia de cualquier documento pertinente (por ejemplo, un informe disciplinario, registro de Renault, etc.) y enviar a:
  Consejero, a menos que el tema implica la disciplina, se considera una emergencia o esta sujeto a revision directa por la Junta de revision administrative.
  Queja official, solo si la cuestion implica la disciplina en la instalacion actual o la cuestion no resuelta por el consejero.
  Oficial Administrativo Jefe, solo si la EMERGENCIA reclamo.
  Junta de revision administrative, solo si la cuestion implica transferencia negative por el Coordinador de transferencia, custodia preventive, administracion involuntaria de drogas psicotropicas, cuestiones de otra instalacion excepto bienes personales cuestiones o problemas no resueltos por el official administrativo jefe.

Breve resumen de la queja: My tv has been needing to be repaired since June 2011. Now it's November & going on 6 months and my tv has yet to be repaired even when I had money on the books. I've been told my name is on the list for a while and was also told they repair 3-4 tv's a day so in 30 days that's 90-120 tv's. (over)

El Alivio Pedido: My tv to actually get to the tv repair shop.

- [ ] Solo comprobar si se trata de un reclamo de EMERGENCIA debido a un riesgo sustancial de inminente lesions personales o otros graves o irreparables danan a si mismo.

Firma del delincuenta: Conway
ID#: 401100
Fecha: 11/8/2011

(Seguir en reverso, si es necesario)

**Respuesta del consejero (si procede)**

Fecha Recibido: 11/13/11

- [x] Enviar directamente al reclamo oficial
- [ ] Fuera de competencia de esta instalacion. Enviar a Junta de revision administrativa, P.O. Box 19277, Springfield, IL 62794-9277

Respuesta: If you wish to have your TV repaired you need to make a request through the TV repair shop. They are backed up, so you might want to send multiple requests until you are placed on the list

Imprimire/nombre del Consejero: S. Willms
Firma del consejero: S. [illegible]
Fecha de respuesta: 11/14/11

**REVISION DE EMERGENCIA**

Fecha Recibido: __/__/__

Esto determina que es un character de emergencia?
- [ ] Si; acelerar la queja de emergencia
- [ ] No; una situacion de emergencia no es justificado. Delincuente debe presentar esta queja de la manera normal.

Distribution: Master File: Offender

Apr 19, 2012   1:21 PM

All I want is for them to remove the keypad lock so I can turn the tv on & off again.

Speaking of which why is it we can't get our own remote controls. Now, I'm faced with the fact I have to pay voc school to use my damn remote control to turn on my tv.

Exhibit D

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** CONWAY, DARRYL | **IDOC Number:** M01100 | **Race:** BLK |
| **Hearing Date/Time:** 4/3/2012 08:27 AM | **Living Unit:** MEN-N2-07-30 | **Orientation Status:** N/A |
| **Incident Number:** 201200832/1 - MEN | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/29/2012 | 201200832/1-MEN | TEAS, MORGAN A | EAST CELLHOUSE | 06:35 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 102 | Assaulting Any Person - Inmate | Guilty |
| | *Comments: fighting with inmate caradine b72637* | |
| 301 | Fighting | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
INMATE CONWAY PLED GUILTY TO THE CHARGES.

## BASIS FOR DECISION
BASED ON, INMATE CONWAY PLED GUILTY TO THE CHARGE. R/O OBSERVED INMATE CARADINE B72637 AND INMATE AND INMATE CONWAY M01100 STRIKING EACH OTHER WITH CLOSED FISTS IN CELL EAST 6-15. WITNESS LT. PRANGE AND OFFICER PITTS STATED I.D.R. IS CORRECT AS WRITTEN.

## DISCIPLINARY ACTION (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |

**Basis for Discipline:** NATURE OF OFFENSE

### Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| VEATH, TIMOTHY R - Chair Person | | 04/03/12 | WHI |
| HART, JASON N | | 04/03/12 | BLK |

Recommended Action Approved

**Final Comments:** N/A

MICHAEL P ATCHISON / RH 4/5/2012
**Chief Administrative Officer**

Signature 04/05/12

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

**When Served -- Date and Time**

Conway  Exhibit E   E 818
M01103            May 7th 2012

On the school list for August   Cellhouse Lieutenant / Major / Voc. School

I've been on "off" the voc school list for almost a year & I need to get my tw fixed **ASAP!**